Before STATE INDUSTRIAL BOARD, Respondent. JAMES T. HUGHES, Respondent, v. BELMONT LUNCH COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the knowledge of the person referred to in the findings was not the knowledge of the employer, or a person in its employ having immediate supervision of the claimant, and, therefore, failure to give notice was not properly excused; and upon the further ground that there was no proof of the value of the claimant's board, which the Board found was part of the claimant's compensation. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ROCCO LORUSSO, Respondent, v. KNICKERBOCKER ICE COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. EDITH L. JONES, Respondent, v. INTERNATIONAL HEATER COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN McLEES, Respondent, v. HARPER & BROS. and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, upon the ground that the claimant had been fully compensated for the loss of the thumb, and that there is no evidence upon which to base an award for one-half loss of use of hand. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN F. WILLIAMS, Respondent, v. FEENEY & SHEEHAN COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

PHILIP PASSAFIUME and Others, Respondents, v. FRED DE ANGELO and Another, Appellants.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. THEODORE VOLLMAN, Respondent, v. CHARLES SCHOTT and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board to determine whether or not the percentage of loss of use of the left foot should be increased. All concur.

FRANK GALLAGHER and Another, Respondents, v. FINCH, PRUYN & COMPANY, INC., Appellant.— Decision amended to read as follows: Order unanimously affirmed, with ten dollars costs and disbursements, with leave to the defendant, within twenty days, to serve an answer to the amended complaint on payment of such costs, and the costs allowed at Special Term. Opinion by Cochrane, P. J. [Reported in 211 App. Div. 635.]